The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LARRY BLAKE,<br><br>               Plaintiff,<br><br>vs.<br><br>GEICO ADVANTAGE INSURANCE COMPANY, a foreign insurance company,<br><br>               Defendant. | NO. 2:17-cv-00337-RSL<br><br>**STIPULATION TO REMAND REMOVED ACTION AND ORDER THERETO**<br><br>NOTED FOR HEARING: March 13, 2017 |

## I. STIUPLATION

The parties, Plaintiff, Larry Blake, and Defendant, GEICO Advantage Insurance Company[1], by and through their attorneys of record, hereby stipulate to remand the removed action as follows:

1. On February 9, 2017, Mr. Blake commenced an action in the District Court of the State of Washington for the County of King, entitled *Blake vs. GEICO*, case number 175-01159 (the action).

2. On February 17, 2017, a copy of Mr. Blake's summons and complaint was served on

---

[1] Defendant GEICO ADVANTAGE INSURANCE COMPANY is not a proper defendant in this lawsuit. GEICO GENERAL INSURANCE COMPANY is the proper legal entity and insurer associated with this matter. Notice was provided to Plaintiff and the Courts.

(2:17-cv-00337 - RSL)
STIPULATION AND ORDER TO REMAND - 1
K:\FILES\Blake, Larry Nordin 16270\Stip and Order to Remand.doc

COLE | WATHEN | LEID | HALL, P.C.
303 BATTERY STREET
SEATTLE, WASHINGTON 98121
(206) 622-0494/FAX (206) 587-2476

1  the Insurance Commissioner of the State of Washington, as statutory agent for GEICO, at
2  which time this action became removable.
3      3. On March 3, 2017, GEICO filed a notice of removal of this action pursuant to 28
4  U.S.C. §1441 and 28 U.S.C. § 1446 with the United States District Court for the Western
5  District of Washington.
6      4. On March 6, 2017, GEICO completed the removal by filing a copy of the notice of
7  removal with the King County District Court.
8      5. The parties have agreed that the action should be remanded to the King County
9  District Court as Mr. Blake's claimed damages, inclusive of any and all costs and attorneys'
10 fees do not exceed $75,000. Mr. Blake hereby agrees he is not claiming prejudgment interest.
11 To that end, the parties stipulate that the action be remanded to King County District Court.
12     6. The parties further stipulate that each party shall bear its own attorneys' fees and
13 costs with respect to the removal and subsequent remand of the action pursuant to this
14 stipulation and order.
15     STIPULATED TO this 13th day of March, 2017.

16 GALILEO LAW PLLC                          COLE | WATHEN | LEID | HALL, P.C.

17 _____           _____
   Paul M. Veillon, WSBA No. 35031           Rory W. Leid, III, WSBA #25075
18 *Attorney for Plaintiff*                  A. Elyse O'Neill, WSBA #46563
   1218 3rd Avenue, Suite 1000               *Attorneys for Defendants*
19 Seattle, WA 98101-3290                    303 Battery Street
   T: 206 257 6446                           Seattle, WA 98121-1419
20 veillon@galileolaw.com                    Tel: (206) 622-0494 | Fax: (206) 587-2476
                                             rleid@cwlhlaw.com | eoneill@cwlhlaw.com
21
22
23

(2:17-cv-00337 - RSL)                                COLE | WATHEN | LEID | HALL, P.C.
**STIPULATION AND ORDER TO REMAND - 2**                    303 BATTERY STREET
\\Documents\Data\FILES\Blake, Larry Nordin 16270\Stip and Order to Remand.doc   SEATTLE, WASHINGTON 98121
                                                     (206) 622-0494/FAX (206) 587-2476

## II. ORDER

On March 13, 2017, the parties in the above-referenced action filed a Stipulation to Remand Removed Action. The Court having reviewed that stipulation and good cause appearing, orders as follows:

1. The parties' stipulation is approved;

2. Western District of Washington Case No. 2:17-cv-00337-RSL, entitled *Blake v. GEICO*, is hereby remanded to King County District Court, Case No. 175-01159.

IT IS SO ORDERED

Dated this 15th day of March, 2017.

*/s/ Robert S. Lasnik*

Honorable Robert S. Lasnik
UNITED STATES DISTRICT COURT JUDGE

(2:17-cv-00337 - RSL)
STIPULATION AND ORDER TO REMAND - 3
\\Documents\Data\FILES\Blake, Larry Nordin 16270\Stip and Order to Remand.doc

COLE | WATHEN | LEID | HALL, P.C.
303 BATTERY STREET
SEATTLE, WASHINGTON 98121
(206) 622-0494/FAX (206) 587-2476